IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re: HENRY RIVERA ) Case no. 10-10335-13 Electronically Filed
) Chapter 13
Debtor(s) )

### TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW Laurie B. Williams, standing chapter 13 trustee herein, for her objection to confirmation of the proposed plan filed in the referenced case, and states:

1. The plan is not feasible.

2. The debtor has failed to provide the Trustee with copies of the 2009 tax returns.

3. The Kansas Department of Revenue filed estimated tax claims for the tax year 2007-2009 and therefore the Trustee is unable to determine whether the plan complies with 11 USC §1325(a)(9).

4. The Plan cannot be confirmed for all other reasons over which this Court holds jurisdiction.

WHEREFORE the Trustee requests confirmation of the debtor's proposed plan be denied and the case dismissed.

*s/Laurie B. Williams*
Laurie B. Williams, S. Ct. #12868
Standing Chapter 13 Trustee
225 N. Market, Suite 310
Wichita KS 67202
(316) 267-1791

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Trustee's Objection to Confirmation was served, either electronically, or deposited in the United States mail, postage prepaid, on March 24, 2010, properly addressed to the following:

JEFF DEWEY
ATTORNEY AT LAW
P O BOX 635
WICHITA, KS 67201-0635

*s/Jennifer L. Haury*
Jennifer L. Haury, Case Administrator

TEE OBJ-CONF.DOC/DOC GEN/JEN/3/24/2010