U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
11/17/2010 at 1:30 PM
Hon. Robert E. Nugent, Presiding

---

Case Information:
    10-10335 Henry Rivera    Chapter: 13

Judge: REN    Filed: 02/16/2010      Pln Confirmed:

---

Appearances:
X     David Lund for Jeff Dewey representing Henry Rivera (Debtor)
X     Laurie B Williams (Trustee)

---

Issue(s):
    Chapter 13 Plan Filed by Debtor Henry Rivera.

---

Notes/Decision:     Confirmation denied - case dismissed.

---

Courtroom Deputy: Annette Albright
Court Reporter/ECRO: Debbie Holloway

4